No. 706, Misc. ORLANDO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Leo Kaplowitz* for respondent.

No. 1564, Misc. RUBY *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 1665, Misc. EVANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 1575, Misc. PETTYJOHN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Martin S. Thaler* for petitioner. *Solicitor General Griswold* for the United States.

No. 1742, Misc. LEWIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 964. ROSENSON *v.* UNITED STATES, *ante,* p. 962; and

No. 1012. SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE," ELIZABETH, NEW JERSEY, ET AL. *v.* SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE," ELIZABETH, NEW JERSEY (DIOCESE FOR EASTERN STATES OF AMERICA AND CANADA), ET AL., *ante,* p. 961. Petitions for rehearing denied.